IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYAN ANGLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-CV-371 |
| | ) | |
| | ) | District Judge Baxter |
| JOHN E. WETZEL, et al., | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on December 20, 2019 and was assigned to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

By Order dated January 10, 2020 Magistrate Judge's Lanzillo denied Plaintiff's motion seeking leave to proceed in forma pauperis and dismissed the complaint without prejudice to Plaintiff's right to re-open upon payment of the filing and administrative fees. ECF No. 3. Thereafter, Plaintiff filed Objections [ECF No. 4] which were reviewed by the undersigned and overruled. ECF No. 4.

Presently before this Court is Plaintiff's "motion for change of venue." ECF No. 9. Plaintiff requests that this Court transfer his case to the Court of Common Pleas of Forest County so that he will be able to "exercise his additional rights under the [Pennsylvania] Constitution and the lower filing fee." ECF No. 9.

This case has been closed since January 10, 2020, having been administratively closed pending the payment of the filing and administrative fees. The Proposed Complaint remains

1

lodged. *See* ECF No. 1-1. No decision has been made on the merits of any of Plaintiff's claims outlined in the proposed complaint. This Court will not transfer this case to the Court of Common Pleas, but nothing prevents Plaintiff from filing a new case in the Court of Common Pleas.

AND NOW, this 30th day of June 2020;

IT IS ORDERED that Plaintiff's motion for change of venue [ECF No. 9] is denied.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge